# Clausen Miller

*Attorneys at Law*

Hillary A. Fraenkel, Esq.
Direct Dial: 973-410-4158
Email: hfraenkel@clausen.com

March 8, 2019

**VIA ECF**
Hon. Kenneth M. Karas, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**MEMO ENDORSED**

| | |
|---|---|
| RE: | Welch v. Avanti Associates, Ltd., Associated Insurance Agency of Westchester, Inc., Comprehensive Agency of Westchester, Inc., Comprehensive Insurance Brokerage, Inc., John D'Amato and Ann Marie Pasqualone Papa<br>Docket No.: 7:18-cv-00654-KMK<br>File No.: 27-8228-00-2 |

Dear Judge Karas:

I am counsel for Defendants, Avanti Associates, Ltd., Associated Insurance Agency of Westchester, Inc., Comprehensive Agency of Westchester, Inc., Comprehensive Insurance Brokerage, Inc., John D'Amato and Ann Marie Pasqualone Papa (collectively "Avanti"), in the above-referenced matter. This matter involves Karen Welch's, ("Plaintiff") allegations of wage and hour violations. I write, on behalf of all parties, to notify the Court that the parties have agreed to settle this case. Please accept this submission to satisfy the *Cheeks* requirements. Plaintiff worked full time for Avanti and full time employees worked 35 hours per week. Plaintiff clocked in and out of work daily, and Avanti has all of her timesheets. These timesheets, were provided to Plaintiff's counsel, and they reflect that Plaintiff worked 2.18 hours of overtime during her entire employment tenure for which she was not paid. At the time of Plaintiff's employment termination, she earned $65,000/year or $35.71/hour. Plaintiff's time and a half overtime rate was $53.56/hour. Plaintiff was due just under $133.91 for unpaid overtime, plus liquidated damages for a total amount of $267.82, exclusive of counsel fees. The parties agree to settle this matter for $1,000.00, which is well in excess of the overtime amount due, liquidated damages and counsel fees. Plaintiff's counsel advised that his firm is not taking any counsel fees in connection with this settlement so Plaintiff will receive the full $1,000.00 settlement. The parties seek the Court's approval of the settlement as fair and reasonable because it was reached through arms-length negotiations. Plaintiff's counsel is reviewing the terms and conditions of a draft Settlement Agreement and Release with his client.

471274.1

***Clausen Miller***

Hon. Kenneth M. Karas, U.S.D.J.
March 8, 2019
Page 2

We thank the Court for the courtesies.

Respectfully submitted,

CLAUSEN MILLER P.C.

By: /s/ Hillary A. Fraenkel, Esq.

cc: Howard Schragin, Esq. (via ECF)
clients (via email)
Michael Powell (Claim No. A00104243, via email)

The Court has reviewed the Parties' settlement (Dkt. Nos. 14, 15) in light of the factors set forth in Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). The Settlement is approved. In light of the Parties' settlement, the 3/14/19 conference is adjourned.

The Clerk of the Court is directed to close this case.

So Ordered

/s/ KMK
3/14/19

471274.1